No. 03–9272. RODRIGUEZ v. UNITED STATES; GARCIA-GONZALEZ v. UNITED STATES; MADRID v. UNITED STATES; CARILLO-GALVAN v. UNITED STATES; VILLA-NEGRETE v. UNITED

STATES; and ACOSTA-ORELLANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.